**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BESPOKE SOURCING LIMITED,**

**Plaintiff,**

**-against-**

**MIAMI LABS, INC.,**

**Defendant.**

**1:26-cv-02473 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's telephonic conference, the Parties are ordered to submit a joint status report by **June 25, 2026**.  In the report, the Parties should inform the Court of whether this matter has settled, and if not, whether they would like the Court to refer to the court-annexed mediation program, hold a settlement conference, or refer to the magistrate judge for  settlement conference. If the Parties feel settlement is not likely, the Parties should indicate whether Defendant still wishes to move to dismiss the Complaint or if Plaintiff would like to amend the complaint. If so, the Parties should submit a joint briefing schedule outlining such.

**SO ORDERED.**

**Dated:    June 4, 2026**
          **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**